Timothy S. O'Hara SBN -083893
1611 Borel Place #6
San Mateo, CA 94402
Tel. 650-212-1800
Fax. 650-212-1801
e-mail: ohara.tim@sbcglobal.net

Attorney for Inter-Ocean Seafood Trader, Inc.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| INTER-OCEAN SEAFOOD TRADER, INC. | ) | No. CV 11-0675 JCS |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION FOR FILING AMENDED COMPLAINT NUNC PRO TUNC JANUARY 5, 2012 AND (PROPOSED) ORDER |
| v. | ) ) | |
| RF INTERNATIONAL, LTD., | ) ) | |
| Defendant. | ) | |

The undersigned stipulate that the court order nunc pro tunc to January 5, 2012 that plaintiff, Inter-Ocean Seafood Trader, Inc., may file the First Amended Complaint in this action filed that date.

Defendant, RF International, Ltd., acknowledges service of a copy.

Date: Jan 10, 2012

Timothy S O'Hara
Attorney for Inter-Ocean

Date: Jan 10, 2012

Attorney for RF International, LTD.

STIPULATION AND (PROPOSED) ORDER

INTER-OCEAN SEAFOOD TRADER, INC. V RF INTERNATIONAL, LTD.
Case No. CV 11-0675 JCS

ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: Jan. 12, 2012



Joseph C. Spero
Magistrate Judge

STIPULATION AND (~~PROPOSED~~) ORDER