Timothy S. O'Hara SBN -083893
1611 Borel Place #6
San Mateo, CA 94402
Tel. 650-212-1800
Fax. 650-212-1801
e-mail: ohara.tim@sbcglobal.net

Attorney for Inter-Ocean Seafood Trader, Inc.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTER-OCEAN SEAFOOD TRADER, INC. )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>RF INTERNATIONAL, LTD., )<br>)<br>Defendant. ) | No. CV 11-0675 JCS<br><br>STIPULATION FOR FILING AMENDED COMPLAINT NUNC PRO TUNC JANUARY 5, 2012 AND (PROPOSED) ORDER |

The undersigned stipulate that the court order nunc pro tunc to January 5, 2012 that plaintiff, Inter-Ocean Seafood Trader, Inc., may file the First Amended Complaint in this action filed that date.

Defendant, RF International, Ltd., acknowledges service of a copy.

Date: Jan 10, 2012          Date: Jan 10, 2012

_Timothy S O'Hare_           _[signature]_
Attorney for Inter-Ocean     Attorney for RF International, LTD.

STIPULATION AND (PROPOSED) ORDER

INTER-OCEAN SEAFOOD TRADER, INC. V RF INTERNATIONAL, LTD.
Case No. CV 11-0675 JCS

## ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: Jan. 12, 2012



Joseph
Magistrate

STIPULATION AND (PROPOSED) ORDER