Timothy S. O'Hara SBN -083893
1611 Borel Place #6
San Mateo, CA 94402
Tel. 650-212-1800
Fax. 650-212-1801
e-mail: ohara.tim@sbcglobal.net

Attorney for Inter-Ocean Seafood Trader, Inc.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTER-OCEAN SEAFOOD TRADER, INC. ) | No. CV 11-0675 JCS |
| Plaintiff, ) | STIPULATION FOR FILING SECOND AMENDED COMPLAINT AND (~~PROPOSED~~) ORDER |
| v. ) | |
| RF INTERNATIONAL, LTD., ) | |
| Defendant. ) | |

The undersigned stipulate that the court order that plaintiff, Inter-Ocean Seafood Trader, Inc., may file a Second Amended Complaint in this action.

Defendant, RF International, Ltd., has 21 days from the date of filing and service of the Second Amended Complaint to answer or otherwise respond to it.

Date: Jan 20, 2012            Date: 1/20/12

_Timothy S. Hara_             _[signature]_
Attorney for Inter-Ocean      Attorney for RF International, LTD.

STIPULATION AND (PROPOSED) ORDER

INTER-OCEAN SEAFOOD TRADER, INC. V RF INTERNATIONAL, LTD.
Case No. CV 11-0675 JCS

ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: 1/23/12

Judge Joseph C. Spero

STIPULATION AND (PROPOSED) ORDER.